**Thomas J. GROSS, Plaintiff— Appellant,**

v.

**Norman Y. MINETA, Secretary, Department of Transportation, Defendant—Appellee.**

No. 06–1395.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2006.

Decided: Oct. 17, 2006.

Thomas J. Gross, Appellant Pro Se.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas J. Gross appeals the district court's order dismissing this action with prejudice for failure to comply with a court order that he file a complaint that complied with Fed.R.Civ.P. 8(a). We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Gross v. Mineta*, No. 1:05–cv–01480–LMB (E.D.Va. Jan. 20, 2006). We deny the motions to proceed in forma pauperis and for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*